# IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

| | | |
|---|---|---|
| W&T OFFSHORE, INC., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 26-11211 |
| DOUG BURGUM, Secretary of the Interior, in his official capacities as CHAIR and MEMBER of the ENDANGERED SPECIES COMMITTEE; | ) | |
| | ) | |
| BROOKE ROLLINS, Secretary of Agriculture, in her official capacity as a MEMBER of the ENDANGERED SPECIES COMMITTEE; | ) | |
| | ) | |
| DANIEL DRISCOLL, Secretary of the Army, in his official capacity as a MEMBER of the ENDANGERED SPECIES COMMITTEE; | ) | |
| | ) | |
| PIERRE YARED, Acting Chair of the Council of Economic Advisors, in his official capacity as a MEMBER of the ENDANGERED SPECIES COMMITTEE; | ) | |
| | ) | |
| LEE ZELDIN, Administrator of the Environmental Protection Agency, in his official capacity as a MEMBER of | ) | |

the ENDANGERED SPECIES )
COMMITTEE; )
)
and )
)
NEIL JACOBS, Administrator of )
the National Oceanic and Atmospheric )
Administration, in his official capacity )
as a MEMBER of the ENDANGERED )
SPECIES COMMITTEE, )
)
    Respondents. )

## PETITIONER'S UNOPPOSED MOTION TO DISMISS

## W&T Offshore, Inc.'s Motion to Dismiss

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), Petitioner W&T Offshore, Inc., moves this court to dismiss its petition for review of a final action. In support, W&T Offshore states as follows:

1.     W&T Offshore filed a petition for review of a final action, entitled "Notice," published by Respondents in the Federal Register on April 3, 2026, at 91 Fed. Reg. 16,966, pursuant to Federal Rule of Appellate Procedure 15(a), 16 U.S.C. § 1536(h), and 28 U.S.C. § 2112. 11th Cir. Doc. 2-2.

2.     That petition named several federal parties as respondents: Doug Burgum, Secretary of the Interior, in his official capacities as Chair and Member of the Endangered Species Committee; Brooke Rollins, Secretary of Agriculture, in her official capacity as a Member of the Endangered Species Committee; Daniel Driscoll, Secretary of the Army, in his official capacity as a Member of the Endangered Species Committee; Pierre Yared, Acting Chair of the Council of Economic Advisors, in his official capacity as a Member of the Endangered Species Committee; Lee Zeldin, Administrator of the Environmental Protection Agency, in his official capacity as a Member of the Endangered Species

Committee; and Neil Jacobs, Administrator of the National Oceanic and Atmospheric Administration, in his official capacity as a Member of the Endangered Species Committee.

3.    The Center for Biological Diversity moved to intervene in this action.  11th Cir. Doc. 10.  This Court has not yet ruled on that motion.

4.    W&T Offshore moves this Court to dismiss that petition, costs taxed as paid.

5.    The Respondents do not oppose this motion.

6.    The Purported Intervenor does not oppose this motion.

7.    Under 11th Cir. R. 42-1(a), "the clerk may clerically dismiss the appeal" because this motion is "unopposed" and the "an appeal has not been assigned to a panel on the merits."

WHEREFORE, this Court should dismiss W&T Offshore, Inc.'s petition and tax costs as paid.

Respectfully submitted,

s/ Mary K. Mangan
Counsel for Petitioner

**OF COUNSEL**:
Prim F. Escalona
Mary K. Mangan
MAYNARD NEXSEN PC
1901 Sixth Ave. N, Ste. 1700
Birmingham, Alabama 35203
(205) 254-1000
pescalona@maynardnexsen.com
mmangan@maynardnexsen.com

## Certificate of Compliance

This motion complies with the applicable type-volume limitation under Rule 27(d)(2)(A) of the Federal Rules of Appellate Procedure. According to the word count in Microsoft Word 2016, the relevant parts of this motion contain 321 words. This motion complies with the applicable type-style requirements limitation under Rule 32 of the Federal Rules of Appellate Procedure. I prepared this motion in a proportionally spaced Century Schoolbook font sized 14 point.

s/ Mary K. Mangan
OF COUNSEL