# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 22, 2026

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number:  26-11211-D
Case Style:  W&T Offshore, Inc. v. Secretary, U.S. Department of the Interior, et al
Agency Docket Number:  701-TA-767 / 731-TA-1750

The enclosed copy of the Clerk's Order of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 26-11211-D

_____

W&T OFFSHORE, INC.,

Petitioner,

versus

SECRETARY, U.S. DEPARTMENT OF THE INTERIOR,
SECRETARY, U.S. DEPARTMENT OF AGRICULTURE,
SECRETARY OF THE ARMY,
ACTING CHAIR OF THE COUNCIL OF ECONOMIC ADVISORS,
ADMINISTRATOR OF THE ENVIRONMENTAL PROTECTION AGENCY, et al.,

Respondents.

_____

Petition for Review of a Decision of the
Department of the Interior

_____

ORDER: Motion to voluntarily dismiss appeal filed by Petitioner W&T Offshore, Inc. is GRANTED by clerk [10743305-2]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date; Motion to intervene is MOOT [10736527-2].

Effective May 22, 2026.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION